*Dumoulin* for the plaintiff, *Preston* for the defendant.

---

### *BARGEBUR & AL.* vs. *THEIR CREDITORS.*

Order for syndic to produce his book cannot be appealed from.

APPEAL from the court of the first district.

MARTIN, J. delivered the opinion of the court. Morris and others, creditors of the insolvents, obtained a rule on the syndic, that he produce his account or shew cause to the contrary. The cause appearing insufficient, the rule was made absolute—whereupon the syndic's counsel took a bill of exceptions to the opinion of the court, and appealed.

The appellee's counsel urges that the decision appealed from, is not a final judgment, and works no irreparable injury to the syndic.

East'n District.
*May*, 1824.

BARGEBUR &
AL.
*vs.*
THEIR CREDI-
TORS.

The order to produce the account, is certainly nothing but a preparatory step towards a final judgment. We cannot see what injury (which the final judgment cannot redress,) may result from it. The appeal was certainly premature.

It is therefore ordered, adjudged and decreed, that the appeal be dismissed with costs.

*Watts* & *Lobdell* for the plaintiffs, *Pierce* for the defendants.